■ THERESA R. CRANE, Respondent, v THOMAS A. CRANE, Appellant. — In an action, in effect, to impress a constructive trust upon real property, defendant appeals from an order of the Supreme Court, Putnam County, entered May 14, 1980, which denied his motion "to renew or reargue" a prior motion by him for summary judgment dismissing plaintiff's complaint. Appeal dismissed, without costs or disbursements. No new or additional facts were submitted by defendant

in support of his second motion for summary judgment. Hence, it was really a motion to reargue and its denial is not appealable. Hopkins, J. P., Titone, Mangano and Gibbons, JJ., concur.